# United States Bankruptcy Court
## District of Colorado

In re  **Iron Mountain Truck & Auto, Inc**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Iron Mountain Truck & Auto, Inc**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 19, 2019**  
Date

**/s/ Michael M. Noyes**  
**Michael M. Noyes 23054**  
Signature of Attorney or Litigant  
Counsel for  **Iron Mountain Truck & Auto, Inc**  
**Michael Noyes, PC**  
**1873 S. Bellaire Street**  
**Suite 1550**  
**Denver, CO 80222-4390**  
**303-756-6789 Fax:303-756-1234**  
**michael@noyeslaw.com**